UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| GUADALUPE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:15-cv-01063-JTM-KGG |
| | ) | |
| CHERRY CREEK PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

As per Stipulation of Order of Dismissal filed, IT IS HEREBY ADJUDGED AND ORDERED by the Court that all causes of action are dismissed with prejudice, each party to bear its own cost.

SO ORDERED this 5th day of August, 2015.

                                           s/ J. Thomas Marten
                                           THE HONORABLE J. THOMAS MARTEN

Copies to:

Pete M. Monismith
PETE M. MONISMITH, PC
3945 Forbes Ave., #175
Pittsburgh, Pennsylvania 15213
Email:          pete@monismithlaw.com

ATTORNEY FOR PLAINTIFF

James C. Morrow
Peggy A. Wilson
MORROW•WILLNAUER•KLOSTERMAN•CHURCH, L.L.C.
Executive Hills East, Building A
10401 Holmes, Suite 300
Kansas City, Missouri 64131-3405
Email:          jmorrow@mwklaw.com
                pwilson@mwklaw.com

ATTORNEYS FOR DEFENDANT